Exhibit A

| No | IP | HitDate UTC (mm/dd/yy) | File Name | File Hash |
|---|---|---|---|---|
| 1 | 71.56.194.104 | 5/15/14 07:49:54 AM | The Necessary Death of Charlie Countryman (2013) | SHA1: 1334D1DE3A0FE3025B1BE0FF050C782456A3A8E7 |
| 2 | 24.9.61.253 | 5/14/14 06:36:16 PM | The Necessary Death of Charlie Countryman (2013) | SHA1: 1334D1DE3A0FE3025B1BE0FF050C782456A3A8E7 |
| 3 | 207.119.160.2 | 5/13/14 10:06:35 AM | The Necessary Death of Charlie Countryman (2013) | SHA1: 1334D1DE3A0FE3025B1BE0FF050C782456A3A8E7 |
| 4 | 50.183.47.90 | 5/9/14 04:36:09 AM | The Necessary Death of Charlie Countryman (2013) | SHA1: 1334D1DE3A0FE3025B1BE0FF050C782456A3A8E7 |
| 5 | 174.51.28.136 | 5/3/14 03:58:20 AM | The Necessary Death of Charlie Countryman (2013) | SHA1: 1334D1DE3A0FE3025B1BE0FF050C782456A3A8E7 |
| 6 | 98.245.211.76 | 5/1/14 07:42:42 PM | The Necessary Death of Charlie Countryman (2013) | SHA1: 1334D1DE3A0FE3025B1BE0FF050C782456A3A8E7 |
| 7 | 67.174.121.240 | 4/28/14 02:52:35 PM | The Necessary Death of Charlie Countryman (2013) | SHA1: 1334D1DE3A0FE3025B1BE0FF050C782456A3A8E7 |
| 8 | 71.196.171.89 | 4/26/14 05:36:07 AM | The Necessary Death of Charlie Countryman (2013) | SHA1: 1334D1DE3A0FE3025B1BE0FF050C782456A3A8E7 |
| 9 | 24.9.232.236 | 4/25/14 09:00:43 AM | The Necessary Death of Charlie Countryman (2013) | SHA1: 1334D1DE3A0FE3025B1BE0FF050C782456A3A8E7 |
| 10 | 174.29.1.120 | 4/24/14 03:13:32 AM | The Necessary Death of Charlie Countryman (2013) | SHA1: 1334D1DE3A0FE3025B1BE0FF050C782456A3A8E7 |
| 11 | 50.183.106.109 | 4/24/14 03:00:46 AM | The Necessary Death of Charlie Countryman (2013) | SHA1: 1334D1DE3A0FE3025B1BE0FF050C782456A3A8E7 |
| 12 | 24.9.197.237 | 4/20/14 01:06:18 AM | The Necessary Death of Charlie Countryman (2013) | SHA1: 1334D1DE3A0FE3025B1BE0FF050C782456A3A8E7 |
| 13 | 50.183.170.183 | 4/19/14 03:09:59 AM | The Necessary Death of Charlie Countryman (2013) | SHA1: 1334D1DE3A0FE3025B1BE0FF050C782456A3A8E7 |
| 14 | 67.166.40.43 | 4/18/14 12:22:23 AM | The Necessary Death of Charlie Countryman (2013) | SHA1: 1334D1DE3A0FE3025B1BE0FF050C782456A3A8E7 |
| 15 | 71.211.203.181 | 4/16/14 10:13:30 PM | The Necessary Death of Charlie Countryman (2013) | SHA1: 1334D1DE3A0FE3025B1BE0FF050C782456A3A8E7 |
| 16 | 50.170.236.40 | 4/13/14 09:35:05 PM | The Necessary Death of Charlie Countryman (2013) | SHA1: 1334D1DE3A0FE3025B1BE0FF050C782456A3A8E7 |
| 17 | 67.164.253.150 | 4/12/14 10:54:41 PM | The Necessary Death of Charlie Countryman (2013) | SHA1: 1334D1DE3A0FE3025B1BE0FF050C782456A3A8E7 |
| 18 | 71.229.152.167 | 4/12/14 05:46:31 PM | The Necessary Death of Charlie Countryman (2013) | SHA1: 1334D1DE3A0FE3025B1BE0FF050C782456A3A8E7 |
| 19 | 76.25.16.102 | 4/12/14 09:21:19 AM | The Necessary Death of Charlie Countryman (2013) | SHA1: 1334D1DE3A0FE3025B1BE0FF050C782456A3A8E7 |
| 20 | 71.219.224.203 | 4/8/14 01:37:15 PM | The Necessary Death of Charlie Countryman (2013) | SHA1: 1334D1DE3A0FE3025B1BE0FF050C782456A3A8E7 |
| 21 | 50.155.180.152 | 4/8/14 02:52:51 AM | The Necessary Death of Charlie Countryman (2013) | SHA1: 1334D1DE3A0FE3025B1BE0FF050C782456A3A8E7 |
| 22 | 71.33.204.156 | 4/7/14 03:13:13 AM | The Necessary Death of Charlie Countryman (2013) | SHA1: 1334D1DE3A0FE3025B1BE0FF050C782456A3A8E7 |
| 23 | 97.118.106.186 | 4/7/14 01:51:43 AM | The Necessary Death of Charlie Countryman (2013) | SHA1: 1334D1DE3A0FE3025B1BE0FF050C782456A3A8E7 |
| 24 | 67.190.60.23 | 4/7/14 12:12:45 AM | The Necessary Death of Charlie Countryman (2013) | SHA1: 1334D1DE3A0FE3025B1BE0FF050C782456A3A8E7 |

Exhibit A

| ISP | Region | City | Province |
|---|---|---|---|
| Comcast Cable | Colorado | Denver | Denver County |
| Comcast Cable | Colorado | Boulder | Boulder County |
| CenturyLink | Colorado | Westcliffe | Custer County |
| Comcast Cable | Colorado | Dillon | Summit County |
| Comcast Cable | Colorado | Colorado Springs | El Paso County |
| Comcast Cable | Colorado | Denver | Denver County |
| Comcast Cable | Colorado | Fort Collins | Larimer County |
| Comcast Cable | Colorado | Aspen | Pitkin County |
| Comcast Cable | Colorado | Denver | Denver County |
| CenturyLink | Colorado | Denver | Denver County |
| Comcast Cable | Colorado | Aurora | Adams County |
| Comcast Cable | Colorado | Greeley | Weld County |
| Comcast Cable | Colorado | Arvada | Jefferson County |
| Comcast Cable | Colorado | Colorado Springs | El Paso County |
| CenturyLink | Colorado | Denver | Denver County |
| Comcast Cable | Colorado | Arvada | Jefferson County |
| Comcast Cable | Colorado | Pueblo | Pueblo County |
| Comcast Cable | Colorado | Denver | Denver County |
| Comcast Cable | Colorado | Fort Collins | Larimer County |
| CenturyLink | Colorado | Colorado Springs | El Paso County |
| Comcast Cable | Colorado | Denver | Denver County |
| CenturyLink | Colorado | Denver | Denver County |
| CenturyLink | Colorado | Aurora | Adams County |
| Comcast Cable | Colorado | Loveland | Larimer County |